UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>GUNDERSON, INC, an Oregon Corporation; DAVIS-FROST, INC., a Minnesota Corporation,<br><br>Defendants. | Court Case No. 08-CV-678 MJD/JJK<br><br>**PLAINTIFF'S MEMORANDUM IN RESPONSE TO GUNDERSON'S MOTION TO DISMISS DAVIS-FROST** |

## I. ARGUMENT

Gunderson has a brought a motion to dismiss Davis-Frost based on a Settlement Agreement which Gunderson claims is a *Miller-Shugart* agreement. There are three reasons why United National objects to the dismissal of Davis-Frost. First, paragraph 15 of the Settlement Agreement mandates summary judgment in favor of United National[1]. Second, United National has asserted a claim for partial reimbursement of attorney's fees from Davis-Frost in the amount of approximately $20,000.00. (*See United National Second Amended Complaint, pp. 11-13; and Affidavit of Aaron M. Simon*). Third, Davis-Frost is obligated to pay $5,000 per policy should United National be ordered to pay any indemnity on Davis-Frost's behalf. (*See Deductible Liability Insurance Endorsements of the United National Insurance Policies issued to Davis-Frost attached to Affidavit of Aaron M. Simon*).

---

[1] See United National's Memorandum in support of its motion for Summary Judgment which United National intends to electronically file with the Court the week of January 25, 2010.

1

## II. CONCLUSION

United National objects to Gunderson's motion to Dismiss Davis-Frost because: 1) paragraph 15 of the Settlement Agreement mandates summary judgment in favor of United National; 2) United National has asserted a claim for partial reimbursement of attorney's fees from Davis-Frost in the amount of approximately $20,000.00; and 3) Davis-Frost is obligated to pay $5,000 per policy should United National be ordered to pay any indemnity on Davis-Frost's behalf.

**TOMSCHE, SONNESYN & TOMSCHE, P.A.**

Dated:   1-25-10                      /s/ Aaron M. Simon
Rolf E. Sonnesyn (#0131027)
Aaron M. Simon (#0331132)
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: (763) 521-4499
Attorneys for Plaintiff United National
Insurance Company