## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

United National Insurance Company,

                Plaintiff,

vs.

Gunderson, Inc. and Davis-Frost, Inc.,

                Defendants.

Court File No. 08-CV-678 (MJD/JJK)

**RULE 68 OFFER OF JUDGMENT**

_____

TO: Defendants Gunderson, Inc. and their counsel of record, Bryan Freeman, Esq. **LINDQUIST & VENNUM, PLLP**, 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402; Michael Siedl, Esq. **SEIDL LAW OFFICE,** 888 SW FIFTH AVENUE, SUITE 300, PORTLAND, OR 97204 and Defendant Davis-Frost, Inc. and their counsel of record, Rick Kubler, Esq., **GRAY, PLANT, MOOTY, MOOTY, & BENNETT, PA**, 500 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402:

    United National Insurance Company offers to allow judgment of $250,000 to be entered against it, with the costs accrued to-date, in favor of Davis-Frost, Inc. and Gunderson, Inc., jointly, on their counterclaims against United National Insurance Company. This offer of judgment of $250,000, with costs accrued to-date, includes all claims for pre-judgment interest and attorney's fees.

    This offer of judgment is made pursuant to Fed. R. Civ. P. 68.

Dated: April 16, 2010        /s/ Rolf E. Sonnesyn_____
                                        Rolf E. Sonnesyn (#0131027)
                                        Aaron M. Simon (#0331132)
                                        **TOMSCHE, SONNESYN & TOMSCHE, P.A.**
                                        610 Ottawa Avenue North
                                        Minneapolis, Minnesota 55422
                                        Telephone: (763) 521-4499
                                        Fax: (763) 521-4482
                                        E-Mail: rsonnesyn@tstlaw.com
                                        Attorneys for Plaintiff United National Insurance Company