# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania Insurance Company,<br><br>        Plaintiff,<br><br>vs.<br><br>GUNDERSON, INC, an Oregon Corporation; DAVIS-FROST, INC., a Minnesota Corporation,<br><br>        Defendants. | Court Case No. 08-CV-678<br>MJD/JJK<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 19, 2010, I caused the following documents:

    ✓ Rule 68

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Joy Reopelle Anderson**
  joy.anderson@gpmlaw.com,amy.milbradt@gpmlaw.com

- **Bryan R Freeman**
  bfreeman@lindquist.com,kquinn@lindquist.com

- **Rick E Kubler**
  rick.kubler@gpmlaw.com,terri.luzovich@gpmlaw.com

- **Thomas C Mielenhausen**
  tmielenhausen@lindquist.com,mlee@lindquist.com

- **Aaron M Simon**
  asimon@tstlaw.com

- **Rolf E Sonnesyn**
  rsonnesyn@tstlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: **Michael Seidl, Esq.**

**TOMSCHE, SONNESYN & TOMSCHE, P.A.**

| | |
|---|---|
| 4-19-10 | /s/ Rolf E. Sonnesyn |
| Dated | Rolf E. Sonnesyn (#131027) |
| | Aaron M. Simon (#0331132) |
| | 610 Ottawa Avenue North |
| | Minneapolis, Minnesota 55422 |
| | Telephone: (763) 521-4499 |
| | Fax: (763) 521-4482 |
| | Attorneys for plaintiff |